**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| B.G. BALMER & CO., INC., | : | No. 725 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FRANK CRYSTAL & COMPANY, INC., | : | |
| ERIC HAMPLE, BRIAN COURTNEY, | : | |
| BRUCE EINSTEIN, PETER REILLY AND | : | |
| C. RICHARD PETERSON, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.